| | |
|---|---|
| 1  SCOTT N. SCHOOLS, SC SBN 9990<br>    United States Attorney<br>2  JOANN M. SWANSON, CSBN 88143<br>    Assistant United States Attorney<br>3  Chief, Civil Division<br>    ILA C. DEISS, NY SBN 3052909<br>4  Assistant United States Attorney | *E-FILED 2/28/07* |

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7124
    FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

| | |
|---|---|
| 12  GE SONG,                                                    ) | |
|                                                                 ) | No. C 06-7726 RS |
| 13                 Plaintiff,                                   ) | |
|                                                                 ) | |
| 14          v.                                                  ) | **STIPULATION TO EXTEND TIME** |
|                                                                 ) | **WITHIN WHICH THE DEFENDANTS** |
| 15  MICHAEL CHERTOFF, Secretary                                 ) | **MUST FILE A RESPONSE TO THE** |
|     of the Department of Homeland Security;                     ) | **COURT'S ORDER TO SHOW** |
| 16  EMILIO T. GONZALEZ, Director                                ) |   AND ORDER THEREON |
|     of U.S. Citizenship and Immigration Service;                ) | |
| 17  CHRISTINA POULOS, Acting Director of                        ) | |
|     California Service Center, U.S. Citizenship and             ) | |
| 18  Immigration Services;                                       ) | |
|     ROBERT S. MUELLER, III, Director                            ) | |
| 19  of Federal Bureau of Investigation,                         ) | |
|                                                                 ) | |
| 20                 Defendants.                                  ) | |
|                                                                 ) | |

21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time

24  within which the Defendants must serve its response to the Court's December 19, 2006 Order to

25  Show Cause in the above-entitled action.  The parties have agreed to give the Defendants a 30-day

26  extension of time to file their response due to the likelihood that this case may be administratively

27  resolved.

28
    Stip to Ext Time
    C 06-7726 RS

1  Defendants will file their response on or before March 21, 2007.  Plaintiff may respond within 20
2  days of the Defendants' filing.

4  Dated: February 20, 2007                     Respectfully submitted,

5                                               SCOTT N. SCHOOLS
                                                United States Attorney

8                                               _____/s/_____
                                                ILA C. DEISS
                                                Assistant United States Attorney
9                                               Attorney for Defendants

11 Dated: February 20, 2007                     _____/s/_____
12                                              STANLEY CHAO
                                                Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  February 28, 2007                        _____
                                                RICHARD SEEBORG
                                                United States Magistrate Judge

Stip to Ext Time
C 06-7726 RS