SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

*E-FILED 3/21/07*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GE SONG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Service; CHRISTINA POULOS, Acting Director of California Service Center, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 06-7726 RS <br><br> **STIPULATION TO DISMISS; CONSENT TO MAGISTRATE JUDGE JURISDICTION; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiff's adjustment of status application (Form I-485). The parties consent to magistrate judge jurisdiction and ask that the Court vacate its December 2006 Order to Show Cause.

Each of the parties shall bear their own costs and fees.

Stip to Dismiss
C 06-7726 RS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 19, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 19, 2007

/s/
STANLEY CHAO
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 21, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stip to Dismiss
C 06-7726 RS